# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| LYNDELL GIBSON, )<br>)<br>     Plaintiff, )<br>)<br>v.  )<br>)<br>YRC INC., d/b/a YRC Freight, )<br>)<br>INTERNATIONAL BROTHERHOOD )<br>OF TEAMSTERS )<br>)<br>)<br>)<br>)<br>     Defendant. ) | Case No. _____ |

## COMPLAINT

COMES NOW the Plaintiff, by counsel, and as and for his complaint against the Defendant, states and alleges as follows:

## PARTIES

1. The Plaintiff, Lyndell Gibson Gibson ("Gibson"), is an African-American citizen and a resident of the City of Grand Prairie, Dallas County, State of Texas.

2. The Defendant, YRC Freight ("YRC"), is a corporation organized and existing under the laws of the State of Delaware, that is registered to do business in the State of Texas and with its principal place of business located at 10990 Roe Avenue, Overland Park, Kansas 66211-1213.

3. Defendant International Brotherhood of Teamsters is an organization with Local division throughout the Unties States, with its headquarters located at 25 Louisiana Avenue N W, Washington, D. C.

## JURISDICTION AND VENUE

4.	This is an action arising under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.

5.	This Court has subject-matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 2000e-5.

6.	Venue is appropriate in this Court pursuant to 28 U.S.C. § 1391(b) and 42 U.S.C. § 2000e-5(f)(3) because YRC resides in this district and a substantial part of the events giving rise to the claim took place in this district.

## ADMINISTRATIVE PREREQUISITES

7.	Gibson has complied with all of the administrative prerequisites to this Title VII action pursuant to 42 U.S.C. § 2000e-5(e) and (f).

8.	Specifically, on or about February 13, 2015, Gibson timely filed a Charge of Discrimination with the Texas Workforce Commission Civil Rights Division ("TWC"), which was jointly filed with the U.S. Equal Employment Opportunity Commission ("EEOC").

9.	Gibson promptly and diligently responded to all TWC and EEOC requests for information and fully cooperated in the agencies' investigation of this matter.

10. On or about July 24, 2015, Gibson received a Notice of Right to Sue from the EEOC, dated July 21, 2015.

## GENERAL FACTUAL ALLEGATIONS

11. At all relevant times herein, YRC qualified as an "employer" within the meaning of Title VII as it has "engaged in an industry affecting commerce who has fifteen or more employees for each working day in each of twenty or more calendar weeks in the current or preceding calendar year." 42 U.S.C. § 2000e(b).

12. At all relevant times herein, Gibson qualified as an "employee" of YRC within the meaning of Title VII. *See* 42 *id.* § 2000e(f) (defining "employee" as "an individual employed by an employer").

13. On or about February 5, 2015, Gibson learned of a hangman's noose in a colleague's switching buggy while in the YRC facilities.

14. A hangman's knot or hangman's noose is a well-known way of tying a rope that is most often associated with its use in hanging a person.

15. A hangman's knot or hangman's noose is well-known to have been used to hang and/or lynch African-Americans in this country and the South in particular.

16. Gibson promptly informed YRC management, both verbally and in writing, about the presence of the hangman's nooses on YRC premises.

17. Although YRC purports to have conducted an investigation into the incidents, and despite the fact that YRC has video surveillance cameras throughout its

facilities, YRC has failed to explain the presence of the nooses and/or to identify the person or persons responsible therefor.

### COUNT I

### Title VII-Hostile Work Environment

18. Gibson hereby incorporates by reference paragraphs 1 through 17 of this Complaint as if fully restated herein.

19. Gibson is African-American.

20. Gibson was subjected to unwelcome harassment based on race.

21. Said harassment affected a term, condition, or policy of Gibson's employment with YRC.

22. YRC knew or should have known of said harassment but failed to take prompt remedial action.

23. As a proximate result of YRC's actions and omissions, Gibson has suffered, and will continue to suffer, serious mental anguish.

### PRAYER FOR RELIEF

WHEREFORE, Gibson respectfully requests that this Court enter judgment in his favor and against YRC as follows:

A. Declaratory judgment that YRC violated Title VII by creating or allowing a racially hostile work environment;

B. Injunctive relief prohibiting YRC from creating, allowing, or permitting a racially hostile work environment in violation of Title VII;

C. Award Gibson compensatory damages of $150,000;

D. Award Gibson punitive damages of $5,000,000.00;

E. Award Gibson reasonable attorney's fees and costs incurred in this suit; and

F. Such other and further relief the Court deems just and equitable.

PLAINTIFF REQUESTS A TRIAL BY JURY ON ALL
CLAIMS ALLOWED BY LAW

Respectfully submitted,

LYNDELL GIBSON

By Counsel

   /s/Gerald J. Smith, Sr.
Gerald J. Smith, Sr.
Texas State Bar No. 24039316
The Law Office of G. J. Smith Sr., PLLC
2000 East Lamar Boulevard. Suite 330
Arlington, TX  76006
Tel:    (817) 635-3100
Fax:   (817) 635-3104
Email: attorney@gjsmithlaw.com

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Lyndell Gibson

**DEFENDANTS**
YRC, INC. d/b/a YRC Freight; International Brotherhood of Teamsters

(b) County of Residence of First Listed Plaintiff: Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant:
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
The Law Office of G. J. Smith, Sr, PLLC; Atty Gerald J. Smith, Sr.
2000 E. Lamar Blvd., Suite 330, 817.635.3100
Arlington, TX 76006

Attorneys *(If Known)*
Norton, Rose & Fulbright, US LLP; Atty Jamila S. Mensah
1301 McKinney, Suite 5100, 713.651.5631
Houston, TX 77010

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☒ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 2000e- 2000e-17, 28 USC 1331, and 42 USC 2000e-5

Brief description of cause:
Hostile Work Environment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 5,000,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED PENDING OR CLOSED CASE(S) IF ANY
*(See instructions):*
JUDGE: *(see attachment)*
DOCKET NUMBER:

DATE: October 21, 2015
SIGNATURE OF ATTORNEY OF RECORD: /s/Gerald J. Smith, Sr.

**FOR OFFICE USE ONLY**
RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE